UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. J. BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social<br>Security Administration,<br><br>　　　　　Defendant. | Case No. ED CV 17-2375-DOC (SP)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

//
//
//
//
//

IT IS THEREFORE ORDERED that Judgment be entered affirming the decision of the Commissioner denying benefits, and dismissing this action with prejudice.

Dated: March 14, 2019

*David O. Carter*
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE